# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REED,<br><br>          Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 2:18-CV-05618 (JVS-VEB)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, this Court having reviewed the Complaint (Docket No. 1), Answer (Docket No. 11), Joint Stipulation (Docket No. 25), the Report and Recommendation issued by the Honorable Victor E. Bianchini (Docket No. 28), the Objections interposed by the Commissioner of Social Security (Docket No. 29), the

Response to Objections by Plaintiff (Docket No. 30), and the Court having given the matter due deliberation and careful consideration,

**NOW, THEREFORE,** it hereby is

**ORDERED,** that the Report and Recommendation is ADOPTED in its entirety and Judgment shall be entered in favor of Plaintiff for the reasons stated in the Report and Recommendation.

DATED this 7th day of April, 2020,

/s/James V. Selna
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE