**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD REED,<br><br>            Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>            Defendant. | Case No. 2:18-CV-05618 (VEB)<br><br>ORDER GRANTING ATTORNEYS' FEES AND COSTS |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff is awarded attorneys' fees under the Equal Access to Justice Act in the amount of SIX-THOUSAND NINE-HUNDRED

1  DOLLARS and NO CENTS ($6,900.00), as authorized by 28 U.S.C. § 2412(d), and

2  costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS, pursuant to

3  28 U.S.C. § 1920, subject to the terms of the Stipulation.

4  Dated this 8th day of June, 2020,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE